522 S.E.2d 597

**In the Matter of Florence County Magistrate Roy C. ROBERTS, Respondent.**

Supreme Court of South Carolina.

Oct. 27, 1999.

## ORDER

The Office of Disciplinary Counsel has filed a petition asking the Court to place respondent on interim suspension pursuant to Rule 17(b) of the Rules for Judicial Disciplinary Enforcement, Rule 502, SCACR.

IT IS ORDERED that the petition is granted and respondent is placed on interim suspension until further order of this Court.

/s/ Ernest A. Finney, Jr., C.J.
FOR THE COURT